479 A.2d 1132

Commonwealth v. Brawner, Appellant.

Submitted April 2, 1984.   Joel P. Trigiani, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

588

Before WIEAND, JOHNSON and LIPEZ, JJ.

Judgment of sentence is affirmed.